IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00904-KLM

MICHAEL RYAN,
SHARON MOLINA,
EARBY MOXON AND
HEATHER MYERS,

Plaintiffs,

v.

SUSAN E. BIRCH, in her official capacity only, as Executive Director of the Colorado State Department of Health Care Policy and Financing,

Defendant.

---

**STIPULATED MOTION FOR ENTRY OF QUALIFIED PROTECTIVE ORDER**

---

Plaintiffs and Defendant, by and through their respective undersigned counsel, hereby move this Court pursuant to Fed. R. Civ. P. 26(c) for entry of a Qualified Protective Order, attached hereto as Exhibit A.

**CERTIFICATION PURSUANT TO D.C.COLO.LCivR 7.1(a)**

The parties have stipulated to the relief requested herein.

**STIPULATED MOTION**

1. The parties file this qualified Protective Order to preserve the confidentiality of protected health information and other confidential information that may be requested and produced in discovery in this action. The parties agree that a protective order concerning such information is necessary to protect the confidentiality and integrity of the information that will be exchanged during discovery in this action.

2. Plaintiffs' claims and Defendant's defenses involve disclosure and use of Plaintiffs' private and sensitive medical information, including medical records subject to the Health Insurance Portability and Accountability Act ("HIPAA"), federal and state regulations, and state statute.

3. As such, the parties have agreed to the entry of a Qualified Protective Order pursuant to 45 C.F.R. § 164.512(e) with regard to any disclosure in this case by any party or entity, which is a covered entity under the Health Insurance Portability and Accountability Act, 42 U.S.C. § 1320d– 1320d-8, 45 C.F.R. Parts 160, 162 and 164.

4. Plaintiffs' confidential medical records are the type of information generally subject to protection from public dissemination. *See, e.g.*, Fed. R. Civ. P. 26(c)(1). Additionally, the Department anticipates disclosing pursuant to the attached Protective Order records which are confidential research or commercial information, as contemplated in Fed. R. Civ. P. 26(c)(1)(G).

5. "Rule 26(c) confers broad discretion on the trial court to decide when a protective order is appropriate and what degree of protection is required." *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382, 387 (D. Colo. 2000). "The trial court is in the best position to weigh fairly the competing needs and interests of parties affected by discovery. The unique character of the discovery process requires that the trial court have substantial latitude to fashion protective orders." *Id.*

WHEREFORE, the parties respectfully request this Court enter the proposed Qualified Protective Order, which is attached hereto as Exhibit A.

Respectfully submitted this 15th day of August 2017.

BAKER HOSTETLER LLP

s/ Paul G. Karlsgodt
***Paul G. Karlsgodt***
1801 California Street, Suite 4400
Denver, CO 80202
Telephone: 303-861-0600
FAX: 303-861-7805
Email: pkarlsgodt@bakerlaw.com

ACLU FOUNDATION OF COLORADO

s/ Mark Silverstein
***Mark Silverstein***
***Sara R. Neel***
***Arash Jahanian***
303 E. Seventeenth Avenue, Ste. 350
Denver, CO 80203
Telephone: 720-402-3107
FAX: 303-777-1773
Email: msilverstein@aclu-co.org
sneel@aclu-co.org
jahanian@aclu-co.org

HARVARD LAW SCHOOL CENTER FOR HEALTH LAW & POLICY INNOVATION

s/ Kevin Costello
***Kevin Costello***
122 Boylston Street
Jamaica Plain, MA 02130
Telephone: 617-390-2578
Email: kcostello@law.havard.edu

Attorneys for Plaintiffs

CYNTHIA H. COFFMAN
Attorney General

s/ Corelle M. Spettigue
**Corelle M. Spettigue***
Senior Assistant Attorney General
**Jennifer L. Weaver***
First Assistant Attorney General
**W. Eric Kuhn***
Senior Assistant Attorney General
**Michael D. McMaster***
**Rachel O. Entrican***
Assistant Attorneys General
Colorado Department of Law
State Services Section
1300 Broadway, 6th Floor
Denver, CO 80203
Telephone: (720) 508-6141
FAX: (720) 508-6041
Email: corelle.spettigue@coag.gov

HOLLAND & HART, LLP

s/ Craig Stewart
***Craig Stewart****
***Claire E. Wells Hanson****
Holland & Hart, LLP
555 17th St., Ste. 3200
Denver, CO 80202
Telephone: 303-295-8478
FAX: 303-713-6307
Email: cstewart@hollandhart.com;
cewellshanson@hollandhart.com

*Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I certify that I served the foregoing STIPULATED MOTION FOR ENTRY OF QUALIFIED PROTECTIVE ORDER upon all parties herein by e-filing with the CM/ECF system maintained by the court this 15th day of August 2017, addressed as follows:

Paul G. Karlsgodt
Baker & Hostetler LLP
1801 California Street, Suite 4400
Denver, CO 80202
pkarlsgodt@bakerlaw.com

Mark Silverstein
Sara R. Neel
Arash Jahanian
American Civil Liberties Union of Colorado
303 East 17th Avenue, Suite 350
Denver, CO 80203
msilverstein@aclu-co.org
sneel@aclu-co.org
ajahanian@aclu-co.org

Kevin Costello
Center for Health Law & Policy Innovation of Harvard Law School
122 Boylston Street
Jamaica Plain, MA 02130
kcostello@law.harvard.edu

*s/* Leslie Bostwick